CO-386-online
10/03

# United States District Court
# For the District of Columbia

Judicial Watch, Inc.           )
                               )
                               )
                               )
              Plaintiff        )    Civil Action No._____
        vs                     )
                               )
U.S. National Archives and     )
Records Administration         )
                               )
              Defendant        )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____Judicial Watch, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____Judicial Watch, Inc._____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

429716
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, SW
Address

Washington, DC          20024
City         State      Zip Code

(202) 646-5172
Phone Number