IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:07-cv-01267 (JR) |
| ) | |
| U.S. NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO AUGUST 6, 2007 TO FILE AN OPPOSITION TO PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF**

Pursuant to Local Civil Rule 7 and 65.1, defendant United States National Archives and Records Administration ("NARA") requests a brief extension of time to August 6, 2007 to respond to Plaintiff's Application for Injunctive Relief.

Plaintiff filed its Application for Injunctive Relief on July 17, 2007 and served NARA by mail that same date. Undersigned counsel became aware of plaintiff's filings on Wednesday, July 25, 2007, and attempted to determine whether NARA's time for response had been triggered with service of process on the United States Attorney for the District of Columbia, as required by Federal Rule of Civil Procedure 4(i)(A). On four occasions, the United States Attorney's Office for the District of Columbia indicated that it had not been served with the verified complaint or application for injunctive relief. Undersigned counsel attempted to contact plaintiff's counsel to discuss service questions on three occasions between Wednesday, July 25, 2007 and Friday, July 27, 2007, but succeeded only in leaving messages with plaintiff's

receptionist for plaintiff's counsel. Due to unanticipated international travel, undersigned counsel was out of the office between July 29, 2007 and August 1, 2007.

On August 2, 2007, undersigned counsel learned that the United States Attorney for the District of Columbia had been served by certified mail dated July 17, 2007, but that the filings had not been received by the Civil Processing Unit until July 24, 2007.[1] Accordingly, a response is due today, August 3, 2007 (for the date service was perfected). Defendant is currently finalizing a response and will file its response in one business day, by August 6, 2007.

Plaintiff would not be prejudiced by the brief extension of time to file an opposition. Plaintiff does not claim that any records are being destroyed; does not seek to preserve the status quo; does not request expedited processing of its request; does not identify any specific exigency; and does not even identify a desired date for receipt of the records at issue in its FOIA claim. Rather, plaintiff simply requests that records subject of a FOIA request be produced by "a date certain" and that defendant produce a Vaughn index. The brief extension will not prevent plaintiff from obtaining its requested relief in a timely matter.

Undersigned counsel attempted to contact plaintiff's counsel by telephone on two occasions on August 3, 2007, but was able to reach only the receptionist and leave messages. Accordingly, undersigned counsel could not determine whether plaintiff opposes the instant motion as required by Local Rule 7(m).

---

[1] Rule 4(i)(1)(A) permits direct service of process on the United States Attorney, or service by registered or certified mail "addressed to the civil process clerk at the office of the United States Attorney." Fed. R. Civ. P. 4(i)(1)(A). Plaintiff addressed its certified mail directly to the United States Attorney on July 17, but it was not received by the Civil Processing Unit until July 24.

**CONCLUSION**

For all the foregoing reasons, defendant respectfully requests that the Court grant the motion for an extension of time, extending defendant's time to respond to plaintiff's application for injunctive relief until August 6, 2007.

Dated: August 3, 2007                     Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. TYLER
Senior Trial Counsel


*/s/ Helen H. Hong*_____
HELEN H. HONG (CA SBN 235635)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, 20 Massachusetts Ave., NW
Washington, D.C.  20044
Telephone: (202) 514-5838
Fax: (202) 616-8460
helen.hong@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, a true and correct copy of the foregoing Defendant's Motion for an Extension of Time to August 6, 2007 to File an Opposition to Plaintiff's Application for Injunctive Relief was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

> */s/ Helen H. Hong*_____
> HELEN H. HONG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:07-cv-01267 (JR) |
| | ) |
| U.S. NATIONAL ARCHIVES AND | ) |
| RECORDS ADMINISTRATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO AUGUST 6, 2007 TO FILE AN OPPOSITION TO PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF**

Upon consideration of Defendant's Motion for an Extension of Time to August 6, 2007 to File an Opposition to Plaintiff's Application for Injunctive Relief, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be, and hereby is,

GRANTED. Defendant shall have until August 6, 2007 to file a response to Plaintiff's

Application for Injunctive Relief.

Signed this _____ day of _____, 2007.

_____
JUDGE JAMES ROBERTSON
United States District Judge