IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1267 (JR) |
| v. ) | |
| ) | |
| UNITED STATES NATIONAL ) | |
| ARCHIVES AND RECORDS ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jason B. Aldrich of Judicial Watch, Inc. hereby enters his appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Jason B. Aldrich
DC Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5172

Attorneys for Plaintiff