FILED
AUG 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:07-cv-01267 (JR) |
| ) | |
| U.S. NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME TO AUGUST 6, 2007 TO FILE AN OPPOSITION TO
PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF**

Upon consideration of Defendant's Motion for an Extension of Time to August 6, 2007 to File an Opposition to Plaintiff's Application for Injunctive Relief, it is hereby

ORDERED that Defendant's Motion for an Extension of Time be, and hereby is, GRANTED. Defendant shall have until August 6, 2007 to file a response to Plaintiff's Application for Injunctive Relief.

Signed this 7th day of August, 2007.

nunc pro tunc 8/6/07

_____
JAMES ROBERTSON
United States District Judge