IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, S.W., Suite 500<br>Washington, D.C. 20024,<br><br>             Plaintiff,<br><br>             v.<br><br>U.S. NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br>8601 Adelphi Road<br>College Park, MD 20740,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: 1:07-cv-01267 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S VERIFIED
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant, United States National Archives and Records Administration, answers the numbered paragraphs of plaintiff's Verified Complaint for Declaratory and Injunctive Relief as follows:

**JURISDICTION AND VENUE**

1. This paragraph contains a conclusion of law to which no response is required.

2. This paragraph contains a conclusion of law to which no response is required.

**PARTIES**

3. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and they are therefore denied.

4. Defendant admits the first two sentences of this paragraph. The last sentence of the paragraph contains a conclusion of law and thus no response is required. To the extent a response is required to the last sentence of this paragraph, defendant denies any characterization

that is inconsistent with the provisions of the Presidential Records Act of 1978, 44 U.S.C. § 2201, et seq., the Freedom of Information Act, 5 U.S.C. § 552, Executive Order 13233, and governing law and regulations.

## STATEMENT OF FACTS

5. Defendant admits the allegations in this paragraph.

6. Defendant admits the allegations in this paragraph.

7. Defendant admits the allegations in this paragraph.

8. This paragraph contains a conclusion of law to which no response is required. To the extent a response is required to the last sentence of this paragraph, defendant denies any characterization that is inconsistent with the provisions of the Presidential Records Act of 1978, 44 U.S.C. § 2201, et seq., the Freedom of Information Act, 5 U.S.C. § 552, Executive Order 13233, and governing law and regulations.

9. Defendant admits the allegations in this paragraph.

## COUNT 1
(Violation of FOIA)

10. Defendant repeats and realleges the responses contained in paragraphs 1 through 9 inclusive.

11. This paragraph contains a conclusion of law to which no response is required. To the extent a response is required, the paragraph is denied.

12. This paragraph contains a conclusion of law to which no response is required. To the extent a response is required, the paragraph is denied.

The remaining paragraphs of the Verified Complaint contain plaintiff's requested relief, to which no response is required. To the extent a response is deemed necessary, defendant

denies the allegations contained in the remaining paragraphs of the Verified Complaint and further avers that plaintiff is not entitled to any relief. Any allegation not specifically addressed is denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

FOIA does not provide for declaratory relief against an agency. 5 U.S.C. § 552(a)(4)(B).

WHEREFORE, defendant respectfully requests that the Court enter judgment dismissing this action with prejudice and awarding defendant costs and such other relief as the Court may deem appropriate.

Respectfully submitted this 21st day of August, 2007.

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. TYLER
Senior Trial Counsel


/s/ Helen H. Hong
HELEN H. HONG (CA SBN 235635)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, 20 Massachusetts Ave., NW
Washington, D.C.  20044
Telephone: (202) 514-5838
Fax: (202) 616-8460
helen.hong@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2007, a true and correct copy of the foregoing Defendant's Answer to Plaintiff's Verified Complaint for Declaratory and Injunctive Relief was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ Helen H. Hong
HELEN H. HONG

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

I, Helen H. Hong, pursuant to Local Civil Rule 83.2(j), hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia, and other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

/s/ Helen H. Hong
HELEN H. HONG