IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-1267 (JR) |
| v. | ) | |
| | ) | |
| UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE
TO DEFENDANT'S STATUS REPORT AND
PROCESSING SCHEDULE**

Plaintiff Judicial Watch, Inc., by counsel, respectfully submits this Unopposed Motion for Leave to File Response to Defendant's Status Report and Processing Schedule. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

1. Plaintiff filed this Freedom of Information Act lawsuit on July 1, 2007.

2. On August 30, 2007, the Court denied Plaintiff's application for injunctive relief and ordered Defendant to "file a dispositive motion or, in the alternative, to file a report setting forth the schedule according to which it will complete its production of documents to Plaintiff" within thirty (30) days.

3. On October 2, 2007, Defendant filed a twenty-two (22) page document entitled "Defendant's Status Report and Processing Schedule," which was accompanied by a fifteen (15) page declaration. Although not entitled a motion, Defendant's filing requests affirmative relief

from the Court in the form of a stay of this matter pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. 1976).

    4.    Plaintiff wishes to have the opportunity to respond to Defendant's Status Report and Processing Schedule before the Court rules on this matter, and Defendant may wish to file a reply to Plaintiff's response.

    5.    On October 22, 2007, the undersigned conferred with counsel for Defendant, and the parties agreed that, if the Court is inclined to consider additional briefing on this matter, they will submit their respective response and reply as follows:

| | |
|---|---|
| Plaintiff's Response | November 7, 2007 |
| Defendant's Reply | December 3, 2007 |

WHEREFORE, Plaintiff respectfully requests that it be granted leave to file a response to Defendant's Status Report and Processing Schedule on or before November 7, 2007 and that Defendant have until and including December 3, 2007 in which to file any reply.

Dated: October 23, 2007

Respectfully submitted,

JUDICIAL WATCH, INC.

    /s/
Paul J. Orfanedes
D.C. Bar No. 429716
Suite 500
501 School Street, S.W.
Washington, DC 20024
Tel.: (202) 646-5172
Fax.: (202) 646-5199

*Attorneys for Plaintiff*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1267 (JR) |
| v. ) | |
| ) | |
| UNITED STATES NATIONAL ) | |
| ARCHIVES AND RECORDS ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Leave to File Response to Defendant's Status Report and Processing Schedule, and the entire record herein, it is hereby ORDERED that:

1. Plaintiff's Motion for Leave to File Response to Defendant's Status Report and Processing Schedule is granted.

2. Plaintiff shall file its response to Defendant's Status Report and Processing Schedule on or before November 7, 2007, and any response Defendant wishes to file shall be filed on or before December 3, 2007.

SO ORDERED.

Dated: _____

The Hon. James Robertson
U.S. District Court Judge