**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-01267 (JR) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENT TO PLAINTIFF'S
RESPONSE TO DEFENDANT'S STATUS REPORT
AND PROCESSING SCHEDULE**

Plaintiff Judicial Watch, Inc., by counsel, respectfully submits this motion for leave to file

a supplement to Plaintiff's Response to Defendant's Status Report and Processing Schedule.  In

support therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

I.      **Introduction.**

On July 17, 2007, Plaintiff filed its Complaint in this matter and simultaneously moved

the Court for injunctive relief seeking to force Defendant to respond by a date certain to

Plaintiff's April 5, 2006 Freedom of Information Act ("FOIA") request.  The Court denied

Plaintiff's request for injunctive relief on August 30, 2007, but ordered Defendant to file either a

dispositive motion, or, in the alternative, a status report setting forth a schedule for producing

documents within 30 days.  Defendant filed a status report on October 2, 2007 and Plaintiff filed

a response on November 7, 2007.  Defendant filed a reply on December 3, 2007.

II.    **Argument**.

Plaintiff seeks to file a supplement to Defendant's reply because it has recently acquired new information Plaintiff believes will assist the Court in resolving the outstanding issues in this case.  This supplement is necessary because the new information only became available after it filed its Response to Defendant's Status Report and Processing Schedule on November 7, 2007.

The decision of whether or not to grant leave to file a supplement is entirely within the court's discretion.  *American Forest & Paper Ass'n, Inc., v. EPA*, 1996 U.S. Dist. LEXIS 13230, at *11-*12.  One of the factors a court may consider in deciding whether a party may file a supplement is whether the proposed supplement is helpful to the court's adjudication of the underlying issues.  *Id.* at *11.  *See also Cramer Products v. International Comfort Products*, 1990 U.S. Dist. LEXIS 5324, at *8.

On Friday, November 30, 2007, C-Span broadcast an interview of former President William Jefferson Clinton that took place on Monday, November 26, 2007.  During the interview, the former president discussed the records that are the subject matter of Plaintiff's FOIA request to the Clinton Presidential Library, specifically First Lady Hillary Clinton's calendar and/or daily schedule.  In the interview, former President Clinton expressly stated his preference that the records at issue, and, for that matter, all requests for records related to his Presidency, be made public as soon as possible.  Because the interview did not take place until November 26, 2007 and was broadcast for the first time on November 30, 2007, it was not available to Plaintiff at the time Plaintiff prepared and filed its November 7, 2007 Response to Defendant's Status Report and Processing Schedule.  Plaintiff respectfully submits that its

proposed supplement, which concerns this recent interview will be helpful to the Court in adjudicating this matter.

**III.    Conclusion.**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant its motion for leave to file the attached supplement to its Response to Defendant's Status Report and Processing Schedule.

Dated:  December 11, 2007                    Respectfully submitted,

                                            JUDICIAL WATCH, INC.

                                            /s/ Paul J. Orfanedes
                                            D.C. Bar No. 429716
                                            Jason B. Aldrich
                                            D.C. Bar No 495488
                                            501 School Street, S.W.
                                            Suite 500
                                            Washington, D.C. 20024
                                            Tel.:  (202) 646-5172
                                            Fax:  (202) 646-5199

                                            *Attorneys for Plaintiff*


**LOCAL RULE 7.1(m) CERTIFICATE OF COUNSEL**

On December 10, 2007, I contacted Helen H. Hong, counsel for Defendant U.S. National Archives and Records Administration, to inquire whether Defendant would consent or object to Plaintiff's motion for leave to file a supplement to its Response to Defendant's Status Report and Processing Schedule.  Ms. Hong informed me that Defendant took no position on the motion.


                                            /s/ Jason B. Aldrich

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-01267 (JR) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATUS REPORT AND PROCESSING SCHEDULE**

Plaintiff, by counsel, respectfully submits this supplement to its Response to Defendant's

Status Report and Processing Schedule.

**MEMORANDUM OF LAW**

Plaintiff recently became aware of an interview of former President William Jefferson

Clinton that took place on Monday, November 26, 2007 and was broadcast on C-Span on Friday,

November 30, 2007.  *See* Exhibit 1.  During the interview, former President Clinton discussed at

length the records held at the Clinton Presidential Library, including the records that are at issue

in this lawsuit.  During the interview, former President Clinton stated, "There was a request, I

think, for all of Hillary's schedules.  And I think that'll be out sometime in January."  *Id*. at page

6.  Former President Clinton also made clear his desire that these records be made public as soon

as practicable:

> I want to push the release of more [documents], including the request for
> documents about Hillary's time in the White House.  They'll show how hard she
> worked on a variety of issues, and what she did in her travels around the world to
> advance America's cause.  So, I'd like it if the records got out there.

*Id.* at page 5.  He further stated:

> So, for example, the other day – as soon as this controversy arose, Bruce Lindsey, who has other things to do, had 26,000 pages of documents to review.  He had already reviewed 20,000.
>
> So, he said, 'Let's give the people 20,000 documents.'
>
> **And the Archives said, 'No.  We don't release one page until you get all 26,000.'**
>
> **I don't know why that's their policy.  But we have asked them – I have already asked them on two occasions if they would speed up a particular release, and they declined to do so . . . .**

*Id.* at page 6. (Emphasis added.)

Plaintiff respectfully requests that the Court take this new information into account in considering Defendant's request for an indefinite stay of this matter.

Dated:  December 11, 2007

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C. Bar No. 429716
Jason B. Aldrich
D.C. Bar No 495488
501 School Street, S.W.
Suite 500
Washington, D.C. 20024
Tel.:  (202) 646-5172
Fax:  (202) 646-5199

*Attorneys for Plaintiff*

EXHIBIT 1

# TRANSCRIPT OF C-SPAN'S EXCLUSIVE INTERVIEW WITH FORMER-PRESIDENT BILL CLINTON DURING A TOUR OF THE CLINTON PRESIDENTIAL LIBRARY

## RECORDED FOR C-SPAN'S PRESIDENTIAL LIBRARY SERIES

**Record Date: Monday, November 26, 2007**

**Air Date: Friday, November 30, 2007 8pm ET**

## MEDIA:  PLEASE CREDIT C-SPAN

## LOGO IN ALL CAPS, WITH HYPHEN

### Index:

Comments on:

Former Speaker Newt Gingrich/Impeachment     Page   7, 8
Comments on Osama bin Laden                  Page   8
Comments on Release of Records               Page   5



C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

**Presidential Libraries Series**
**Interview with President Bill Clinton**
**Host: Brian Lamb**
**November 26, 2007**

BRIAN LAMB, HOST: When did you start thinking about what you wanted your post-presidency to look like, and this library and museum?

WILLIAM J. CLINTON, FORMER PRESIDENT OF THE UNITED STATES:  I suppose not long after I was re-elected president.  I realized that the four years would pass quickly, and that I would build this library, and it would be a big part of the rest of my life, the work I would do when I left the presidency.

But even more, it would be an important educational institution for Americans, and indeed, for visitors from around the world.

I had by then been to several of the presidential libraries.  And now, I think I've been to most of the others – not all, but most of them.  And I knew how important they were.

I wanted mine to be a real contribution to my native state, without which I could not have become president.

I wanted it to be a forward-looking, exciting building that people would be attracted to for a long time to come, and long after I was gone.

And I wanted it to be high-tech but accessible, in terms of getting people information, so they could learn about the importance of ideas and decisions and policies to their lives.

I think that very often, political campaigns almost move away from that, you know.  The one in which we're in, two-thirds of the coverage is on the politics, and only 17 percent, I think, on the proposals of the candidates, 15 percent on their life history, and only one percent on their record.

I think what matters most is record and proposals.  I mean, basically, most people in public life are honest, and they do what they say they're going to do – or at least they try to.

And what I wanted people to do was to be able to come into this place and revere the American system and feel good about it, and know that there was a real connection between the ideas people advance, the policies they implement and the impact in people's lives.  And everything in this library is designed to fulfill one or more of those objectives.

LAMB:  What's your reaction to the fact that the most popular thing in your museum is the moments of laughter and some of the jokes you told at a lot of the different events in Washington?

CLINTON:  Oh, I think it's great.  Because I think – you know, most Americans didn't get to see that at the time.  And we've had about a million people come through here now since we opened our doors almost three years ago.

And I think it's good for them to be reminded that politicians are people, and that they can laugh – even when there are great crises going on in the world, and problems.  And it's not surprising to me that they like that, because I think it shows them something that most of them didn't know.

LAMB:  What's your – what has been your own approach to humor over the years?  What's your attitude about it?

2

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

CLINTON: I love jokes. I love to hear them. I love to tell them. I love to look for something funny in the most difficult circumstances.

I think humor, first, is a part of life. I think life is inherently humorous, as well as serious, if you look for it. And I think it's kind of necessary for peace of mind and even sanity in Washington.

You know, I think our greatest presidents – they didn't all have a sense of humor. As far as we know, Washington didn't have much of a sense of humor. But Lincoln sure did. Roosevelt did. Kennedy did. Reagan did.

I love, you know, to laugh. When I was the governor of Arkansas, we made a living on the humor circuit down here – my two senators and predecessors as governor, Dale Bumpers and David Pryor and I.

And I had to learn in Washington when I got there, that the publicly expressed sense of humor in Washington couldn't be quite as open and widespread as it was when I was in Arkansas. It was one of the many ways that Washington was more conservative than Arkansas.

For example, the press didn't have near the sense of humor in Washington they did in Arkansas. You could – if you were willing to make fun of yourself when I was governor, you could make fun of everybody else. When I did these press events, you were only supposed to make fun of yourself, or somebody else's politics (ph).

But I loved it. I thought it was fun.

LAMB: One of the things we don't see when you're president that you show us here in the museum, is the schedule. And it has a lot of moments where you're, say, spending two-and-a-half hours rehearsing for a State of the Union message, or time spent to rehearse for a Gridiron Dinner.

What was your thinking about putting all the schedules out down there in your timeline?

CLINTON: I wanted people to know how I spent my time. And the schedule doesn't quite encompass everything, because I did a lot of my work at night.

On the nights when I wasn't working, I normally would – after dinner, and after Chelsea turned in, especially when she was younger – I would go down to my office on the residence floor in the White House and work another two or three hours. That's when I did a lot of my reading and thinking and paperwork.

And there were some meetings which occurred in emergencies that weren't on the schedule.

But I thought if people saw the schedule, if they could literally just pull off any given day, if they can, and just look at it, they would have a sense of the variety of things that a president does.

And I wanted people to have a feeling for what it was like to be president.

When I wrote my memoirs, I did the same thing. A lot of people criticized it for that. They said, no, he should have written the presidential years, and here's the foreign policy, here's the domestic policy, you know, here's this, that or the other thing.

But that's not the way the world happens. When you're president, everything happens at once. And I wanted people to see that.

LAMB: I wrote down a bunch of the headings of your different stalls downstairs where you can go by. And just read a bunch of them off.

3

Well, one of the things you say in the early part when you walk into the library is, "Ideas Matter." Why?

CLINTON:  Because one's vision of the country is important.  The beginning of any president's service is the vision you have for where America is and where it ought to go, and the ideas you have about how to get from here to there.

Then the ideas have to be turned into concrete actions, and the actions have to be sold to the public and to the other people – the Congress and others that are part of the political process.

But if you don't have the ideas, and you don't hold to them, and you don't try to make them real in the lives of people, then the presidency is largely reactive.  There'd (ph) still (ph) (INAUDIBLE) to do.  You just pick up today and read the paper.  You know, you can't – there'll be a lot of incoming fire you have to deal with.

But the ideas that a president has, and that an administration shares, are what drive the engine of America forward.

LAMB:  If you were to walk down among the exhibits, which idea would you go to first as your most important?

CLINTON:  Well, going back to 1992, it'd be the idea of creating equal economic opportunity again and recreating the American dream.

We had then, as we have now, stagnant or declining median incomes, rising poverty among working people, the hollowing out of the middle of American life.  We can't run this country and lead the world unless the middle class dream is alive for all Americans.

So, I thought the idea of equal and shared opportunity for responsible citizens, I thought was important – then.

Now, I think the idea of creating a national and global community in which our common humanity is more important than our differences, and in which America leads the world toward that through cooperation more than unilateral action, through diplomacy more than the military, I think that's also very, very important.

Those are the two sort of driving things that ought to be animating America.

And then, I think the third thing that you'll find down there is a real commitment to innovation in creating the future.  And I think that's important.

America is best when we're innovating and when we're moving forward.  And when we don't – as we haven't for a while on energy – you know, if we take this energy challenge, this global warming challenge on as an innovation opportunity, not a burden, you will see an astonishing result – positive for America.

LAMB:  Is there any way to describe how much time you spent on making this library and museum what it is?

CLINTON:  No.  I spent – most of my time I spent, actually, when I was president, I met – and then in the years afterwards, when we just began the building.

My architect, Jim Polshek, told me I was the roughest client he ever had, because if he went six months without showing me the plans, and he changed one line, I would know it.  And I told him that I was going to spend the rest of my life here, and I wanted to.  So I wanted to get it right.

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

I worked very hard on the design of the building, very hard on the exhibits with Ralph Appelbaum and his people, who did the Holocaust Museum in Washington.

I wish we had even more time and more space. I would like to have treated some of these things in greater detail. And I think, you know, we had the capacity here to go back and amplify some of the things that we couldn't deal with as much in the regular exhibits. And I want to do that.

But I think – but I spent a great deal of time, both on the architectural plans and working with the contractor, Bill Clark, who sadly just passed away. He was a very close friend of mine and a great builder, as you can see.

And then I spent an enormous amount of time on the exhibits. I was particularly obsessed with making this an educational, learning experience that would also be enjoyable and be user friendly.

I wanted it to be a place where you could go through here in an hour and have a pretty good feel for what was going on. Or you could spend a half-a-day here. Or if you wanted, you could spend a whole day – just eat lunch at the restaurant and spend all day here.

And I wanted it to be something that could be an experience that could be fit to what people either wanted or had time for.

LAMB: When you look through your museum, they have – or you have – all the stacks set up where actual records are in those boxes down there.

CLINTON: Yes.

LAMB: As you know, there is a controversy about the release of records …

CLINTON: Yes.

LAMB: … both communications between you and your wife, and just moving stuff along. Sharon Fawcett, who is the person at the head of the National Archives and Records Administration for Presidential Libraries, said everybody is working within the executive order now and within the law.

What do you say, though, to those that are going to be hitting at you and Senator Clinton for not releasing more of these records?

CLINTON: First of all, since this law that we're operating under now has been in effect – that is, from President Reagan forward – I have worked to release more records more quickly than anybody else.

I want this stuff out there.

Some of it may be misused, and some people may want it for reasons that are not entirely academic, but that's OK. I want the records out there.

I wanted to give all of my records to the 9/11 Commission. I wanted all the support necessary. And we kept meticulous records, and I wanted to give it to them.

The public has to know, they're not my records. They belong to, and under the jurisdiction of the Archives. But I have the power to keep all of them closed for 12 years. I didn't do that. We've released about a million pages already.

I want to push the release of more, including the request for documents about Hillary's time in the White House. They'll show how hard she worked on a wide variety of issues, and what she did in her travels around the world to advance America's cause. So, I'd like it if the records got out there.

But there are certain rules the Archives has about reviewing them. Then they have to go to the – then we review them. And then the White House has requested the right to review some of them. Now, they're being pretty good now, the White House is, about letting them out.

The Archives has some rules. They have a strict first-come, first-served policy. And they also, when they send us documents, they won't release them until we review them all.

So, for example, the other day – as soon as this controversy arose, Bruce Lindsey, who has other things to do, had 26,000 pages of documents to review. He had already reviewed 20,000.

So, he said, "Let's give the people 20,000 documents."

And the Archives said, "No. We don't release one page until you get all 26,000."

I don't know why that's their policy.

But we have asked them – I have asked them already on two occasions if they would speed up a particular release, and they declined to do so. That's OK. But the American public just needs to know, we're getting this stuff out as soon as we can.

There was a request, I think, for all of Hillary's schedules. And I think that'll be out sometime in January.

But someone literally has to review all that. I don't think people understand how time consuming it is.

For example, on her schedule, if there is an advance person – as there was, you know – let's say she represents America in India, Bangladesh and Pakistan, in my first term, each one of those places where she stopped, there was an advance person.

If there was a private cell phone number there, the archivist has to go through and mark that out for privacy reasons, just on the off chance that they still have the same cell phone number.

If there were the names of Secret Service agents or a list in questionable places of how many agents were there, they mark that out so they won't be giving deployment information.

Those are their rules, not mine. And I get why they do it.

But we're not trying to hold up anything. I am pushing this faster than any of my predecessors since the new law has been enacted.

LAMB: There seems to be a kind of – I don't know what you'd call it – maybe a Catch-22. But the Congress only appropriates so much money, so there are really only six archivists at each one of these libraries.

CLINTON: That's correct.

LAMB: So, the president comes along in executive order, November 2001 that gives you more opportunity to hold back stuff. But everybody keeps pointing the finger at everybody else.

CLINTON: But see – but you have records on me. I didn't hold back stuff. I have actually tried to accelerate. I've already released a lot of things I didn't have to release for 12 years.

So, I think that I'm entitled to the benefit of a doubt here. Obviously, I'm not trying to cover anything up. I'm trying to get this stuff out.

But I'm sympathetic with the Archives. They have a limited number of resources. And they do have rules for going through all this stuff that make sense.

Essentially what's happened is that some members of the press and people in the political community who are on the other side of Hillary – which they have every right to be – are taking the position that, because she's running for president, all the rules should be suspended and they should get what they want, and they should get it now, whether we go through the regular processes of the Archives or not, and whether we treat people on a first-come, first-served basis or not.

And, you know, I guess the government could decide to do that, but I think it's unlikely that they will, because there were other people who are taxpayers, too, who filed requests for other information before they did. And they believe preserving the integrity of these records and following the letter of the law requires them to meticulously review all this.

So, the only hold-up I can be in the current system is, when the archivists finish and they give it to us for review, if my designated reviewer, Bruce Lindsey, takes too long to review it. So far, that's not the case. As I told you, when he went through 20,000 pages, he tried to get that released to the public.

So, all I want people to understand is, we proved that we're trying to get this out earlier than my predecessors going back to President Reagan did. And I think that he was the first president covered by this law.

We have proved that we are pushing this stuff out the door as soon as we can. I am not afraid to have my records made public. I worked hard. Hillary worked hard. Our people worked hard. We did our best to do a good job.

We didn't make every call right. Most of that is already known by the public. If there's anything to be learned by the records, let them show it.

But I think we have to follow the law. They're not my records, and it's not my law.

LAMB: People that work around you suggest that your opening of the library when George Herbert Walker Bush, 41, came here, was the beginning of your friendship. Is that accurate?

CLINTON: No. The beginning of our friendship was in 1983, when he was vice president, and he hosted the governors at Kennebunkport in Maine.

And that was the – we knew each other before, but we had a good visit that day. And I wrote about this in my book, my – I introduced my daughter to Vice President Bush. Chelsea was three then. And I said, "Chelsea, this is Vice President Bush." And she shook hands with him and she said, "Where's the bathroom?" I was so embarrassed. He laughed and took her by the hand and took her to the bathroom, which I thought was a really classy thing to do. So I always liked him.

And then in 1990 we worked together at the education summit in Charlottesville on the Education Goals for America, '90 or '91. And I enjoyed that very much. I always liked him, even when I ran against him and I never stopped liking and admiring him personally. But we had big differences about what the country should do. So I think it's fair to say that in – after I got out of office, that library opening and the fact that the president asked his father and me to help raise money for the tsunami and for Katrina gave us a chance to be together again in a positive way. I think Americans like that. But if they look at what happened in this case, former President Bush and me, they will see what is the real answer to extreme partisanship in America. That is – what was thrilling to people. They saw us putting partisanship aside to do something good together.

We're not going to get out of the decade of exceedingly harsh partisanship that was embodied by Tom DeLay and Newt Gingrich and all that and before by others, going all the way really back to the 1980s,

which dominated American politics because it was rewarded. Let's not – I mean, people got elected doing that otherwise they wouldn't have done it. But – but the voters who did it still hated it. Two thirds of the American people don't want that kind of politics.

So what's the way out of it? The way out of it is to find ways for the people who are already in office to do what George W. – H.W. Bush and I did out of office. Give them something big to work on together. When people are working on something big together they don't have time to be partisan or petty or divisive. They come together. That's what the – that's what this climate change challenge does for us. It gives us a chance to do something big together. Restoring the middle class gives us a chance to do something big together. Keeping America from being economically downsized because of the falling dollar gives us something big to do together. There's lots of stuff for us to do together. That – and every place I made peace when I was president, and even the progress we made for seven years with the Israelis and the Palestinians, is because people were doing things together. They got used to being together and working together and looking at each other as human beings.

And so I would say the – that, yes, I was profoundly touched at this library opening by what former President Bush said. And I appreciate what the President said. And Jimmy Carter. But what was wonderful for us was doing something together that we thought was good for our country and good for the world.

LAMB: One of the things you notice in the museum is that everything gets equal treatment. In other words, nothing blares out at you. And what I mean by that is the headings over the different sections that you look at. "Confronting Conflicts, Making Peace." "Expanding Our Shared Prosperity." "Preparing for New Threats." That's the whole area where you do Oklahoma City. And there's one very interesting little poster in there, and it's from June of 1999. Osama bin Laden and his picture, the FBI's 10 most wanted fugitive up on the wall. And it's from the embassy bombings. Did you think through specifics like that? Did you want that in there for a reason?

CLINTON: Yes. Well, because when I was – in my second term we were virtually obsessed, my security team and I were, with Osama bin Laden. I knew he was an intelligent, resourceful, profoundly committed person. I thought he had the courage of his convictions, which I deplored. I completely disagree with him. But it made him a very formidable adversary. And we spent an enormous amount of time, both the – tracking him before the embassy bombings and afterward. It was only after 9/11 that it looked as if Al Qaeda might have had some involvement in Black Hawk Down in Somalia. No one thought that at the time, nobody thought they were operational. We had no information that they were involved in that or the first World Trade Center bombing. But we knew by certainly this last three years of my second term that he was a very formidable, dangerous person who ought to be thwarted wherever possible and captured if possible, and if not killed if possible. Because he was determined to do that to us.

LAMB: Next to that or in that same vicinity you chose to deal with the whole impeachment thing by calling it the "Fight for Power." And under – on different windows down there it's "Ideological Battles," "A New Culture of Confrontation," "The Politics of Persecution," "The Impeachment Battle," and "Politics of Personal Destruction." How much time did you spend on that, that whole area?

CLINTON: Well, probably – maybe not as much as I should have. Because I think it's worked – I wish I had some way of – I tried to depict it as it flowed to the American people. So in that case I thought it was very accurate. That is, it was a much bigger deal to the press than it was to the public at the time. I think it – as you saw in '98 when the Congress was on there verge of impeaching me and the Republicans out-spent us $100 million in the Congressional elections, the Democrats picked up five seats in the House and would have picked up many more if more of them had the courage to run against the prevailing press opinion that impeachment was at least something that ought to be done and all that or was going to be done. We won five seats in the six year of my presidency. It was the first time since 1822 that that happened. James Monroe was president. 1822. And really we were effectively a one-party country back then. So in effect it had never happened in American history before. It happened because the American people saw the whole impeachment thing for exactly what it was.

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

It was – and exactly what Newt Gingrich admitted to Erskine Bowles, my chief of staff, it was. When Erskine asked him if he thought he was being hypocritical, and he said "of course." "And he said do you think this is justified by constitution law or history?" "Of course not." " Why are you doing it?" "Because we can." "We're doing it because we can, and because we know once we do it we can rely on many people in the press to always say we did it without ever saying it was illegitimate." I mean, I like Gingrich because I like a fellow that'll tell you the truth about what his motivations are and why they're doing it. He thought it was something where he could manipulate the press in the present and the historians in the future. And maybe spook the Democrats into running me off. And I think he knew me well enough by then to know that he couldn't spook me and run me off.

So it was a fight for power. It was nothing but power. And almost 70 percent of the American people saw it for that. They knew exactly what was going on. And if you remember, there were hundreds and hundreds of constitutional scholars, including a lot of Republicans, who didn't vote for me ever who signed an ad, a full-page ad in *The New York Times*, 800 of them against impeachment. They knew it was a total abuse of the constitution. And it shows you the difference in their party and ours. There's no question that Iran-Contra, for example, constituted impeachable offenses. That is there were high crimes and misdemeanors of a political nature.

And Tip O'Neill, the Speaker of the House, refused to entertain any impeachment proceedings against President Reagan or anybody else. Said it was too damaging to the country and it was wrong. So he gets treated very differently in history because Tip O'Neill was a great citizen. Gingrich always believed that ruthless power play got better treatment today and tomorrow. And I was betting he was wrong. And – but even now you almost never – and you didn't see it at the time – there's almost no press coverage in 1998 (INAUDIBLE) the fact that the Democrats had achieved something historic. All the coverage running at the election was they're going to lose 25 to 35 seats, it's going to be a calamity, the American people are going to collapse the Democratic Party. And instead they hit the Republicans between the eyes with a 2x4 and did something that had never happened before in the two-party system in America.

So the public agreed with me, and they were right, it was about power. Doesn't excuse the personal mistake I made, but it was not an impeachable offense, and it came at the end, and no one ever says today, came at the end of the Whitewater inquiry, which there was nothing to, and which Hillary and I were completely exonerated by an exceedingly partisan prosecutor who could never find anything we did wrong. A civil lawsuit where I was completely exonerated by a judge who was a political opponent of mine, everybody in this was against me, politically I mean, they didn't - and they all said when they got right down to it, we can't find anything they've done wrong.

So that's what made this impeachment thing so wonderful for them, it like justified squandering $70 million of the taxpayer's money, indicting innocent people because they wouldn't lie, the most horrendous string of behavior, which the public remembered even though sadly I think it was one of the great failures of the mainstream media in history, they never report the results of the '98 election, they never talk about how nothing was ever found, they just - they never do it, they always talk about the impeachment, that's still a good story for them. So Gingrich understood them better than I did, because I thought they had much better sense of fairness and balance, he was right about that.

My presentation of this in the library is what I honestly believe it was, and people are perfectly free to disagree with me. But when they do, they ought to be called upon to talk about the facts that they don't discuss, and I would be happy actually at some point we probably ought to have a broader treatment of it, you know, let people come in and argue both sides. But the public rendered their judgment, and they were right, and they helped to save the Constitution. The American people helped to save the Constitution against people who wanted power more than Constitutional government.

LAMB: Let's go upstairs and you can get on with your life.

CLINTON: All right.

9

LAMB:  Did you hear about Trent Lott quitting?

CLINTON:  I did, but I know nothing about it.

LAMB:  Supposed to have a news conference sometime today and ...

CLINTON:  You know, I like old Trent, I had good relationships with him, and I hope he's not sick.

LAMB:  They said he wasn't.  The impression that's being left, and I have no idea, I just heard it on the news, that he has to - if he doesn't get out by December, he can't lobby for two years under the new law, and he may be getting a job offer that he wants, he's 66, and maybe that's just - and then he also - Haley Barber to your point, a senator leading up to an election in the fall, so who knows.

CLINTON:  Was he up in - he's not up for four years, is he?

LAMB:  No he was elected I think in 2006.

CLINTON:  So can Haley appoint his successor?

LAMB:  I think so, until - but he has to run in the fall.

CLINTON:  In November?

LAMB:  In November, yes.

CLINTON:  Well that's a pretty democratic smalby (ph) thing to do, isn't it?  In other words it gives the people a chance to ...

LAMB:  But he also - if that's the reason, I don't know ...

CLINTON:  I like him, you know, and he really did a good job for Mississippi after that - after Katrina.  I always had - we have a lot in common actually in our background, and when he was the majority leader, I worked with him on a lot of things, and we had a very, you know, candid, straightforward relationship, but I always did like him.  And he and Hillary did a lot of work together on Katrina.

LAMB:  What did - what did you think of his attitude in the senate once that impeachment thing got over there?  He wasn't pushing very hard for it.

CLINTON:  No, he just - they did basically what Henry Hyde and Newt asked him to do, they tried to do enough - they didn't want it really, they knew they didn't have the votes, they knew it wasn't going anywhere.  But I remember when Newt told old - told Erskine Bowles, he said, "well you guys gave us a terrible licking in that '98 - in that - basically after the '98 election.  He said "but we're going to impeach him anyway." And Erskine said, well - that's when he said "aren't you being hypocritical, and don't you think it's unjustified?"  He said, "of course, what's that got to do with it?"  And he said "well why are you doing it?"  And he said "because we can, and that's the difference in us and you, we do what we can." And then he explained, he said, "we think we've already paid for this at the polls, we don't think they'll make us pay twice.  And so we'll just put a lick on him, and then this is all that it'll ever be talked about, so nobody will ever say there was nothing Whitewater and nothing to that civil suit against him, they'll just say he got impeached."

LAMB:  Tell us about this ...

CLINTON:  Right, so anyway, that was - it was a funny thing, but I think - Trent did the best he could with that, I mean they had to do something, because they knew it would be calamitous if they - for the House,

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

they thought - they thought they were doing as much as they could and not more than they had to to minimize the electoral discontent with the fact that we had an election, and the House was determined to do impeachment anyway, but that was mostly Gingrich and Tom DeLay and Henry Hyde.

Anyway, this is right over the Oval Office, this is my apartment here, and this is right over the Oval Office. So I have brought here some things that are part of the presidential collection, which are - a few of these things are my personal things, most of these are part of the archives. So the president is permitted, any part of this complex can borrow things from the archives, so I have some things that are there, and some things that were mine. But these books here, most of these books are books that I have had for 30 years, sometimes more, a lot of these books I had when I was in college, and a lot of them I acquired when I was in law school, and then along the way. But those are political biographies there, those are some of my small part of my Arkansas books, most of them are over in the Clinton school headquarters.

And those are biographies of foreign leaders, those are history books and political science books, and novels, but they're all - these are just a small number of the books I've collected over my life. When I was - I was the lowest paid governor in America, and I had the lowest net worth of any president in the twentieth century in inflation adjusted dollars. So about all I could afford to collect were books, and I had lots of books over my life, and read them, I always hate to give them away. But there are a lot of things that mean a lot to me, that's my mother's old football purse that she used to carry to the Arkansas Razorback games. So after she passed away, I keep that around as a memory of my mother. That's a ...

LAMB: As you sit here, you look out over Little Rock, was this all part of your plan from ...

CLINTON: All ...

LAMB: ... the beginning?

CLINTON: ... from the beginning, yes. I wanted - they - well not - I didn't know that it would be this high, but let me show you what we were trying to do. The city gave me this land, but I told them I didn't want to take the land, I wanted to enhance it. So my idea was that we would make a park here that would be accessible to the public at all hours.

LAMB: Want to walk out here?

CLINTON: Yes. So I'll show you what we were trying to do here. We - so we took this land, which is essentially down, and then we built the library up. I explained all this to the architect when we started, and it was right after I said - we started right after the '96 election, so this idea of a bridge to the twenty-first century was fresh in everybody's mind. We had this bridge here, so they built this like a modern bridge, filling it out toward the water and off the ground to maximize the open land available to the public. And I'll take you around to the side, so - but for me this is a joy to be here, because when I'm sitting here, I can see up there the dome of the state capitol where I spent 12 years as governor and two years as attorney general. I'm right down the street from the old state capitol right over there which is where I made all my important announcements in public life.

The governor's mansion is right over there where I lived for almost 12 years, just right up the street there. So - and all of this area and all of Little Rock is now in the process of being rebuilt because the library - the city people tell me they've had a billion and a half dollars in new investment here directly related to the library. Now over there is something that was going to happen anyway, that's the Alltel arena, Alltel telephone company is headquartered in Arkansas. And that's where we have basketball and hockey games.

That is the international headquarters for Axiom (ph), the largest mass mailing company in the world, just happens to be here. And then down there we've got - we've - behind it we've got a new library here, and then you can't see it from the street, but down this street and the one over there we have, you know, lots of restaurants and old restoration buildings and everything. So the oldest part of the city is right over there

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

where you see all the trees, that's where a lot of our old nineteenth century buildings are leading up to the governor's mansion.

LAMB:  Everybody wants me to ask you about this bridge, because I guess you still have a responsibility to ...

CLINTON:  Oh yes, we're going to.

LAMB:  ... make this into a walking bridge.

CLINTON:  We're going to.  Here's - that - our idea was when we built it, you know, let's go down here and look at it, you can see - you probably already saw this on how we drive around here.

LAMB:  Yes.

CLINTON:  But our idea when we built it was - the library was to connect these – this is North Little Rock over here and Little Rock here.  We had two ideas.  One is we wanted to preserve all these wetlands here.  You see these little outgrowths?  And we just kicked off a $2 million project that will clean and preserve all the wetlands here and here.

And it's amazing – we have egrets here, we have red fox out there on the wetlands, we have (INAUDIBLE) things, and now we're going to have walking paths where people can go through here and here and learn about water filtration and how the ecosystem works in this very small piece of land.  And then we're going to fix this bridge so that it's accessible for people with disabilities too so that it'll have a big arch over it.  And we're going to do the walkway because, see, we have to leave the midsection up because the Arkansas River's still navigable here.  So, we're going to build an archway design and then fix the bridge up and then be able to light it at night.  It's going to be quite beautiful.

LAMB:  What's the timeframe on getting that done?

CLINTON:  It depends on how much – how long it takes us to raise the extra money.  They asked me to raise or give $4 million to it, and I said I would.  Now they say they want to spend 13 million on the project, so we've got to go get some more money for it.

LAMB:  And over here on the right is …

CLINTON:  Yes, this is my green roof.  Do you want to step up?

LAMB:  Sure.

CLINTON:  So, this goes back into my apartment there – you see? – where we live when we're here.  And if you look on the other side – just come real quick and I'll show you the green roof.  But – this is the rest of my land here.  Where you see the landscaping and you see the rest of the wetlands and how wild it is there.  This land where you see the property line, that is Heifer International's Headquarters, a great NGO.  These are the only two foundation buildings in America that are both certified with platinum leaves ratings for energy efficiency and design.  It's a wonder – and they are going to build out here in their blank (ph) space a global village with a representative residence in every country in which they operate.

LAMB:  What is Heifer for those who don't know?

CLINTON:  Heifer is a – over 60 years old.  It's a – it's a charitable organization which raises money and buys primarily livestock, but sometimes something as little – as big as cattle or as small as earthworms for appropriate agricultural development in poor countries.  And the only requirement is that the gift be passed along, so that if they give cattle to a poor family in an African village or goats or if they give sheep or llama in other countries, the first offspring has to be given to somebody else so they can do the same.

And so, it's called – it's called passing on the gift. And sometimes people just get totally carried away doing (INAUDIBLE). For example, there was a village that had to be relocated in the Dominican Republic. And they gave 58 of the villagers cattle to try to help them in their new place. And they – almost 600 people wound up getting cattle because the villagers kept doing it. They liked passing on the gift and they wanted to do more. And it's not just in other countries.

Over here – east of here in the Mississippi Delta, where African-American farmers are trying to recover land that they used to farm decades and decades ago before the Second World War often, and they're trying to go back to the land now, their – Heifer is active there. And they give cattle, and then the farmers pass on the gift.

LAMB: The green roof?

CLINTON: Yes, let's go. So, here's – this is only the beginning. You can barely see it. But we have here a total of 7,000 different planting in this little roof and about 90 different kinds of vegetation all found in Arkansas and in this part of America. So, I'll have a little botanical garden here when all this grows out. You see, we just got the sprigs, but let me explain what the purpose of it is. This will look, when it grows out, like a lush carpet.

And it has two environmental purposes. One is it will absorb carbon dioxide and cool the building. That is, when you have a green roof like this, the greenery will absorb carbon dioxide and it will keep heat out of the building. So, it will lower the air conditioning demands of the building. Or in the wintertime, it will lower the heating demands of the building and therefore our energy bill will go down. It complements what we've already done. We've got ten miles of tubing underneath the floors in there, and we run hot water in the winter and cold water in the summer through there and cut our air conditioning bill. That plus the lighting and other changes – before we did this, it already cut our energy bill 34 percent. So, this'll cut it more. We just don't know how much yet, when it goes out (ph).

The second thing this does is to efficiently use and capture the rainwater, so it's not just runoff, it's not just wasted, and we don't have to spend energy and water coming up here and watering the plants too much (ph). If you look at the Heifer building, you see they've done it even more efficiently. See that big square thing? That's a – they capture all the rainwater there and recycle it through that big trough (ph).

So, this is a rain (ph) – and we did the same thing in the back with a little putting green they put in back there. But to me, that's just incidental. It's just to absorb the rainwater because the more you can absorb and recycle rainwater, the less regular water you have to use, the less energy you use. But you can see it. When it's all grown out, see how pretty it's going to be?

LAMB: (INAUDIBLE) start this?

CLINTON: A few months ago. We did everything we could within the budget we had when we opened the library, and then we began working with – we got a silver leaves (ph) rating, and the highest rating they give – they give silver and gold and platinum. The highest rating they give is platinum. So, we began working with them on things we could do to get a platinum rating.

My next goal is to figure out whether we have made this in theory an energy-neutral building already because we pay a little more for the electricity we buy to get wind energy, and the local utility purchases wind energy. But what I'd like to do – you can see the wind blows pretty well up here along the river, and what I'd like to do is to explore whether (ph), either in cooperation with the City of North Little Rock. If you see – see, their park starts right there. They have this land. And they want to build parkland going all the way down here.

And then you may be able to see it a little – not so good, but they actually have – there's a very nice park starting right on the other side of that stadium that goes for miles up that way. And then, there's a – this

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

park here goes a good ways up that way. So, what we're trying to do is to connect these two cities the arena with the library and we're talking about whether we can also jointly generate wind power. So, we might be able to get to the part where we – if you look over here, where we can put a windmill up here that might make our two buildings here completely carbon neutral. We'd be generating all of our own energy for the rest. I don't know exactly what the economics are. We're doing a study of it now.

LAMB: Let me ask you about your Clinton School, which is right over here in this old …

CLINTON: Yes.

LAMB: … railroad depot.

CLINTON: Yes, there's a railroad building. Did you look at that? It's beautiful, isn't it?

LAMB: … was over there last night and met with the class that you just me with.

CLINTON: My kids are great.

LAMB: What's your objective with the Clinton School?

CLINTON: I wanted to use it to attract more gifted young people to public service. That is, whether they were Americans or people from other countries, and if Americans, whether they were conservatives or liberal, Republican or Democrat, I wanted them to see public services as something noble and good. And not just in elected office, but career public servants, or people who take some time off from their business careers and do public services. Or people who regularly do it, let's say, for two weeks or a month a year or something like that. I just – what I – I didn't want another public policy school. I wanted to actually emphasize doing things. So, we have, you know, all these wonderful internships we give out every year, and people work all over the world doing things.

But I'm very proud of this old building, this (INAUDIBLE) building that we restored. It's over 100-years-old, and I'm very, very proud of the students because they seem genuinely committed to doing this. And that's why I did it. I want – it's the only graduate degree in public service I think offered anywhere in the United States, and I hope it will catch on. It's sort of an extension of what I did with AmeriCorps, you know. It's one of the things that I'm proudest of. We now have over – well over a half-million people in AmeriCorps.

LAMB: And here's the big question. If your wife's elected President, you going to have a duel library?

CLINTON: I – see, I don't know. She'll decide. Of course, she'll – she's entitled to have her own, and she'll do whatever she does. But I'm more interested in, you know, what I would do. We haven't talked much about it because I'm superstitious. When you're running for election, you should never assume you're going to win. You should just gut it out every day.

But I hope I'll be able to continue to do this work because I think it's good for America and for the world and something I can do, you know, with people like Former President Bush and Former President Carter and I will do some things together. And most it's stuff I do on my own all around the world in AIDS and poverty alleviation and fighting climate change. All these things are really important to the United States.

Now, I will also do whatever I'm asked to do if the public – if the people elect her. I hope they will. It think it would be a good thing. But if they do, the first thing is to support the President always and it would be fore me. But I think she agrees that this foundation's doing a lot of good work around the world and it's an important part of, you know, our life together where we've been and where we're going. And that's what I'm trying to communicate to these young people at the school that public service is really important. It matters. It's what I'm trying to do with this library.

I want people to come in and say, "OK, this is not just about, you know, some big fight over impeachment or something.  This is about ideas, implementation, consequences on people.  I'm trying – I think you have to constantly fight to give politics back to the people.  I think that that – it breeds more cynicism than anything else when people think people in public life don't care about them and that politics is being taken away from them, that it's about the politicians instead of about the public.  This library attempts to give it back to them in a good way.

And that's what the public service school does, too, by trying to empower people through public service and to make people believe it's noble.  I left the White House more idealistic than I entered it after all I went through because I was more convinced than ever before that well-motivated people who have good ideas and the discipline to pursue them over time can make a huge difference, that it really makes a difference.  And in spite of the fact that I had my differences with some of the Republican leaders, the vast majority of people I've known in politics, whether they were Democrats or Republicans, conservatives or liberals, were honest, smart, hardworking people who were trying to do what they thought was right.  And I think that's not the perception so much in America today because of a lot of things.

I wanted people to see that.  I wanted people, even the people who disagreed with what I did as President, to come through this library and say, "Well, you know?  It makes a difference.  I don't agree with what he did, but it does make a difference.  It makes a difference who wins, what their ideas are, and whether they can execute."  And of course, for the people that did support me, I hope they see that we got the results that we said we would.  But the most important thing is for people to believe the system can work and will make a difference.  That's what I've tried to do with this library.

LAMB:  We're going to keep rolling, but you can take over and …

CLINTON:  OK.

LAMB:  … I know you have to go, but I don't want to take much more of your time.

CLINTON:  I love this.  I'm honored that you're here.  I'm glad you're interested in these libraries.  I've been through the Truman Library, the Roosevelt Library, the Kennedy Library, the Johnson Library, the Nixon Library.  I've been to the Ford Library, but not through it.  Haven't been to Hoover's Library, and I've never been out to President Reagan's Library, which I'd like to do.  And obviously I've been to President Bush's Library.  I went to the opening there and have been all through it.  So, I've been to most of them.

LAMB:  Yes, they're very – they're all different.  And this very much reflects you and the Reagan Library reflects – very much reflects him up on the top of the mountains.

CLINTON:  Yes.

LAMB:  But this is very – this is the most different of all of them, I think, just the way it's – architecturally structured.

CLINTON:  Well, let me just say one thing we didn't discuss and you may not want to put it in the film, but just for example, the fundamental problem of all Presidential Libraries is the tension between depicting something dramatic about the Presidency and making a beautiful building in the process and protecting the documents.  So, if you look at the Bush Library, for example, you go in and there's a really beautiful rotunda.  You've been there already, right?  So, really beautiful, I think.  And then you have problems with the representation (ph) of keeping the exhibits bright and light and (INAUDIBLE) because you've got three walls – right? – in the back.

There's a reason for that.  The law requires that while we have to raise the money, this whole thing's run by the – everything but the museum and stuff  is run by the Records people – NARA, and they have to protect those records for all time to come.  So, in the Kennedy Library, they saw that in a unique way. I. M.

15

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

Pei made it like a sailboat going out into Boston Harbor, so you have this big glass front like it's this sail. So, you have this feeling of openness, even though soon when you get into some of the exhibits, it's darker. It's all the need to protect the building.

So, what we did was we physically separated the museum, which 90 percent of the people come to, from the document storage. And one of the ways we were able to make this building greener is we put hundreds of solar panels back here in the document area and we put half the document storage underground, but well away from the Hundred-Year Floodplain. So, the document storage is completely protected and we have another little building over here for the scholars through the meeting rooms for academic purposes, but nothing about the design of this building and its accessibility to the public is compromised by the need to protect the papers.

That's the secret of why this thing works so well. And I think in the future virtually all Presidents will try to do this because you want it to be a place where scholars want to come. But you know as a practical matter, 90 percent or more of the people who come will come for the museum, for the, in effect, the really public part. And so, all – that's the only thing we did. We unraveled that riddle, and I think it enabled us to make the building more open.

For example, we built this Oval Office exactly to scale and I think it's the only one that's exactly to scale, although President Johnson's was pretty close. But the thing that makes the Oval Office the best place in the world to work besides the prestige of it is the light. I mean you've been there a lot. You know how it works. Over half that room is exposed to light. So, even – and then you've got the indirect ceiling light, so even on a cloudy day, a person could sit in the Oval Office and feel upbeat and happy. It's a – it's sort of a – it's a constant upper to be President and work there even in difficult circumstances. So, we thought, well, how could we do this if we have to have all these walls to protect the documents. And when we did – that's really what got us started like this – right? – because I told the architects when we started, I said, "We've got to capture the light for people. We want kids to go through there and imagine what it's like to be President. If they don't see it the way I saw it and the way all my predecessors did, if they don't feel that light rushing in there. It just sort of lifts you up, you know?"

So, that actually was how we got started thinking about this. And I hope that it will be helpful to future presidents. Anyway, that's an interesting architectural …

LAMB: We'll use that. We like that because that's part of what we're trying to demonstrate is how this thing works.

CLINTON: See my little "Little Rock 9" thing? This modern art signed by all the Little Rock 9?

LAMB: Who did the art?

CLINTON: I don't know because they sent it to me, the Little Rock 9 did. Let's see, where does it say? There's a name right there. I just don't have my glasses. Can you see it?

LAMB: As soon as I get my glasses.

CLINTON: George Hull (ph), George Hunt (ph)?

LAMB: George Hunt (ph), '97 to 2005. And this says "Arkansas l957."

CLINTON: Yes, but it's great. We just had the Fiftieth Anniversary of Little Rock Central High, and we came down and I spent a night and a day with them. They're pretty great people.

UNIDENTIFIED PARTICIPANT: You're going to head out?

UNIDENTIFIED PARTICIPANT: (INAUDIBLE) we're going to pack up (INAUDIBLE).

CLINTON:  We've got some of my political button collection here.

UNIDENTIFIED PARTICIPANT:  (INAUDIBLE) very much, yes.

CLINTON:  You a baseball fan?

LAMB:  I am.

CLINTON:  These are – this is great.  A friend of mine and a big supporter of Hillary's who lives on Staten Island gave us this.  These are all the players from Arkansas in the Hall of Fame in Cooperstown in New York with their autographs.  Bill Dickey (ph) was a friend of mine, Brooks Robinson I know, George Keller (ph), the Treasurer of my 1982 campaign for Governor and a wonderful man, and, of course, Dizzy Dean was gone.  I know Lou Brock and Travis Jackson was a long time ago.  And that's interesting.

LAMB:  When did you start your political button collection?

CLINTON:  Oh, 30 years ago.  These are my old ones from my early years in Congress, these are my ancient ones, I collect a lot of old ones.  I have a medallion from George Washington's second Inaugural.  And I've been collecting this stuff forever.  This is William Jennings Bryan and Adlai Stevenson the Elder, William Jennings Bryan 1896, these old Bryan ones.

Bill Taft buttons, William Howard Taft.  A lot of old Roosevelt buttons.  And I have some at my office in New York, which I probably should come down and put in.  These start with Nixon and goes through Reagan in 1980, and then there's some of Hillary, which I think are …

LAMB:  You know, you've watched George Walker Bush and George Herbert Walker Bush, father, son. What impact do you think it would have on you if your wife was the president and the way your legacy then would be carried out in the future?  I mean, have you thought about it?

CLINTON:  Nope, I haven't.  I think that we would – look, it's a different time and America's constantly changing, so I think we would have a lot of the same values and ideas, but they have to be updated to the present moment, and she'd have opportunities we didn't have, you know.

We paved the way for dealing with climate change, but there was literally no support for it when I was President.  And Al Gore, I think the Senate voted against the Kyoto Accord before Al Gore got off the plane coming back from Japan, you know.  They laughed us out of the room.  Nobody's laughing anymore.

That's why he won the Nobel Prize, and I was glad.  And it showed people we (ph) made the sale on this, now we just got to prove it's good economics.

So, if she were elected president, she would have the opportunity to actually take the lead globally on climate change and prove it's good economics to do it, and I also believe it would be touchingly fitting because we now have the support for doing something about health care that we didn't really have in '92. In '92 it was too easy.

We had – for the doctors and the business community, both of whom initially strongly supported what we were trying to do, especially the businesses that were already insuring their employees, to be peeled off.  I think it's more likely now that they are not peelable (ph).  They know that it's essential to America's economic survival as well as morally imperative to provide affordable health care insurance to everybody, and she labored under an almost impossible set of political conditions, and I think there'll be much, much better next time.

Now you've even got people in the health insurance business saying, "Hey, maybe we ought to change the system," so I – one of the reasons that just personally I'd like to see her have a chance to do this is that she

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

not only knows more about it than anybody else, she bears all the burdens of having tried before, and I'd like – it's rare in history, and like for example, Franklin Roosevelt enacted some reforms first proposed by his cousin Theodore, but there was a much bigger time line, and so I think that some of what she does will be consistent with me. I think she'll be much more fiscally responsible and conservative than this government has, but that's what we believe in, but I think she'll be – it'll be a very different presidency because it's a very different time. And in most ways good.

UNIDENTIFIED PARTICIPANT: (INAUDIBLE)

CLINTON: Positive.

UNIDENTIFIED PARTICIPANT: (INAUDIBLE) President.

CLINTON: OK. Hey, guys, do you think – did you get what you needed? You think it was all right?

LAMB: Good, thanks.

CLINTON: I'm really interested in this place, as you can probably tell. I've really …

LAMB: No, go ahead.

CLINTON: … and I hope to spend more and more time here as I go on. I try to come once a month anyway and spend a few days.

LAMB: Well, it's a beautiful place.

**Lose Personal Mic – audio difficult to hear**

*CLINTON: Well, I'm really proud of it. I think, you know, my goal was to make sure that no one could come here and go through there. Whenever (ph) there's party politics, without saying, whether you want them or not, they work on it, and it really does make a difference. It makes a difference who wins and what their ideas are. I want – and I don't think you can go through the (INAUDIBLE) before and after and all that other stuff. People can quibble with, you know, how I presented various things, but I think that no one can dispute that it matters (ph). So I feel good about …*

*LAMB: Yes.*

*UNIDENTIFIED PARTICIPANT: (INAUDIBLE)*

*LAMB: Let me get out of your way so you can go.*

*CLINTON: Thank you. Yes, I got to go. I'm going to work with Hillary now.*

*LAMB: Thanks very much.*

*CLINTON: Thanks.*

*UNIDENTIFIED PARTICIPANT: Thank you, sir.*

*CLINTON: Thanks. Goodbye now.*

*LAMB: I appreciate it. Thanks.*

*CLINTON: Thank you so very much.*

C-SPAN's Exclusive Interview with Former President William J. Clinton, 11/26/07

*UNIDENTIFIED PARTICIPANT:  (INAUDIBLE)*

*CLINTON:  Good.  OK.*

*END*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-01267 (JR) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File a Supplement to Plaintiff's

Response to Defendant's Status Report and Processing Schedule, and the entire record herein, it

is hereby ORDERED, that:

1.  Plaintiff's motion for leave is GRANTED; and

2.  Plaintiff's supplement is hereby deemed filed.

DATE: _____          _____
                                   Judge James Robertson
                                   United States District Judge