IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 1:07-cv-01267 (JR) |
| | ) | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Varu Chilakamarri, Trial Attorney, Civil Division, United States Department of Justice, hereby substitutes for Helen H. Hong, and enters her appearance on behalf of the defendant as lead counsel in the above-captioned case. Helen H. Hong has been temporarily detailed to a position outside of the Department of Justice.

All future correspondence and other communications regarding this case should be directed to Ms. Chilakamarri at the following addresses:

**FOR U.S. MAIL**  Varu Chilakamarri
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044

**FOR COURIER AND HAND DELIVERIES**  Varu Chilakamarri
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7226
Washington, D.C. 20001

–2–

U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.

Ms. Chilakamarri may be reached by phone at (202) 616-8489, and by fax at (202) 616-8470.

Respectfully submitted this 6th day of February, 2009.

|  |  |
|---|---|
|  | MICHAEL F. HERTZ<br>Acting Assistant Attorney General |
|  | JEFFREY A. TAYLOR<br>United States Attorney |
|  | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| OF COUNSEL<br>JASON R. BARON<br>(DC Bar No. 366663)<br>Director of Litigation<br>Office of the General Counsel<br>National Archives and Records Administration<br>8601 Adelphi Road, Suite 3110<br>College Park, MD 20740<br>Telephone: (301) 837-1499<br>Fax: (301) 837-0293<br>jason.baron@nara.gov | /s/ *Varu Chilakamarri*<br>VARU CHILAKAMARRI  (NY Bar)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 616-8489<br>Fax: (202) 616-8470<br>varudhini.chilakamarri@usdoj.gov<br><br>Courier Address:<br>20 Massachusetts Ave., NW, Rm. 7226<br>Washington, D.C. 20530<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.

 /s/ *Varu Chilakamarri*
 VARU CHILAKAMARRI