IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-0126 (JR) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO STAY PROCEEDINGS

Defendant, the National Archives and Records Administration ("NARA"), hereby moves the Court to stay proceedings in this case for an additional three weeks, through and including June 11, 2009. In support of this motion, the Defendant states as follows:

1. Plaintiff, Judicial Watch, filed this action under the FOIA, requesting

"First Lady Hillary Rodham Clinton's calendar, to include but not limited to her daily office diary, schedule, day planner, telephone log book, and chronological file."

2. Pursuant to this Court's Order of May 20, 2008, proceedings in this action were stayed for one year, or until May 21, 2009.

3. By October 22, 2008, the Clinton Presidential Library had opened and made available to the public approximately 11,176 pages of records responsive to Judicial Watch's FOIA request – specifically records consisting of First Lady Hillary Rodham Clinton's daily schedules. See Letter from Helen H. Hong to Paul Orfanedes dated October 22, 2008, attached hereto as Exhibit 1. These records were processed by the Clinton Presidential Library according to the criteria set forth in the FOIA and the Presidential Records Act ("PRA"), 44 U.S.C. § 2201, including an

–2–

opportunity for review by representatives of both the incumbent and the former President. Certain withholdings were made pursuant to restrictions under the PRA, which are not subject to judicial review at this time.  44 U.S.C. § 2204(b)(3); see also H.R. Rep. No. 95-1487, at 4, 16.  In addition, withholdings were made pursuant to 5 U.S.C. § 552(b)(7) (FOIA Exemption 7(e)) on five pages of the records.  Plaintiff has not filed an administrative appeal of any of the withholdings made under the PRA or the FOIA.

4. The Clinton Presidential Library anticipates that records responsive to the remainder of Judicial Watch's FOIA request, consisting of phone message slips for First Lady Hillary Rodham Clinton, will be opened and made publicly available shortly, and within the next three weeks.

5. Given the status of the responsive records remaining to be processed, Defendant requests that this Court stay the proceedings for an additional three weeks.  Defendant will notify Judicial Watch when the records become available for review.

6. Plaintiff has indicated, through its counsel James F. Peterson, that it has no objection to this motion.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for three weeks, through and including June 11, 2009.  A proposed order is attached.

Respectfully submitted this 21st day of May, 2009.

    MICHAEL F. HERTZ
    Deputy Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney

    ELIZABETH J. SHAPIRO
    Deputy Branch Director

| | |
|---|---|
| OF COUNSEL | /s/ *Varu Chilakamarri*_____ |
| JASON R. BARON | VARU CHILAKAMARRI  (NY Bar) |
| (DC Bar No. 366663) | Trial Attorney, Federal Programs Branch |
| Director of Litigation | U.S. Department of Justice, Civil Division |
| Office of the General Counsel | Tel: (202) 616-8489 |
| National Archives and Records Administration | Fax: (202) 616-8470 |
| 8601 Adelphi Road, Suite 3110 | varudhini.chilakamarri@usdoj.gov |
| College Park, MD 20740 | |
| Telephone: (301) 837-1499 | Courier Address: |
| Fax: (301) 837-0293 | 20 Massachusetts Ave., NW, Rm. 7226 |
| jason.baron@nara.gov | Washington, D.C. 20530 |
| | |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2009, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.


 /s/ *Varu Chilakamarri*_____
 VARU CHILAKAMARRI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-0126 (JR) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

For the reasons stated in Defendant's Unopposed Motion to Stay Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including June 11, 2009.

SO ORDERED.


Dated: _____          _____
                                United States District Judge