# EXHIBIT 1



**U.S. Department of Justice**
Civil Division

| | |
|---|---|
| *First Class Mail* | *Courier Delivery* |
| P.O. Box 883 | Room 6132 |
| Washington, DC  20044 | 20 Massachusetts Avenue, NW, |
| | Washington, DC  20530 |

Helen H. Hong
Trial Attorney

| | |
|---|---|
| *Telephone* | (202) 514-5838 |
| *Fax* | (202)  616-8460 |
| *Email* | Helen.Hong@usdoj.gov |

October 22, 2008

**VIA FIRST CLASS MAIL AND ELECTRONIC MAIL**

Paul Orfanedes
Judicial Watch, Inc.
501 School Street, SW, Suite 725
Washington, D.C. 20024

    Re:    Judicial Watch v. NARA, Civ. No. 07-1267 (JR) (D.D.C.)

Dear Paul:

    I write to follow up on my emails of March 18, 2008 and October 14, 2008 regarding the daily schedules portion of Judicial Watch's FOIA Request No. 2006-0886-F.  As I previously indicated, the Clinton Presidential Library has completed processing, according to the provisions of the PRA and FOIA, records for 2,912 days responsive to the daily schedules portion of your FOIA request.

    The records that have been opened as responsive to your request include 2,888 days of schedules from the First Lady's Staff files of Patti Solis Doyle, Special Assistant to the President and Director of Scheduling for the First Lady.  These schedules comprise 11,084 pages of records.  The records that have been opened as responsive to your request also include 24 additional schedule days that were not found in the First Lady's Staff files of Patti Solis Doyle, as I explained in my October 18 email.  These additional days were located in other First Lady's staff files.  This set of records is comprised of 92 pages.  Arranged chronologically, these 2,912 days of records document in detail the activities of the First Lady, including meetings, trips, speaking engagements and social activities for the eight years of the Clinton Administration.

    Of these 11,176 pages of records, 4,814 pages have been restricted in whole or part in compliance with the restrictions of the FOIA and PRA that specify what material can be released to the public.  A copy of the two finding aids that describe the processed material is attached.  Further, the number of pages restricted from access, in whole or in part, is listed along with the restriction categories below.  Some pages are restricted under more than one category.

| Restriction | Number of Pages |
|---|---|
| b(2), P3/b(3), P6/b(6) | 2 pages |
| b(2), P(6)/b(6), b(7)e | 55 pages |
| b(2), P(6)/b(6) | 8 pages |

| | |
|---|---|
| P3/b(3), P6/b(6) | 3 pages |
| P6/b(6), b(7)e | 1,260 pages |
| P6/b(6) | 3,481 pages |
| b(7)(e) | 5 pages |

As you are aware, the PRA provides that the Archivist's decision to categorize a record as falling under one of the six enumerated, restricted categories, and then to withhold the record within the 12 year period provided in the PRA, "shall not be subject to judicial review." 44 U.S.C. § 2204(b)(3); see also H.R. Rep. No. 95-1487, at 4, 16 ("The subsection also provides that when a presidential restriction is in effect, a determination by the archivist regarding access it not subject to judicial review . . .."); Armstrong v. Executive Office of the President, 1 F.3d 1274, 1294 (D.C. Cir. 1993). At this time, however, you have the right to file an administrative appeal of any Clinton Presidential records responsive to your FOIA request that have been withheld under a restriction category of the PRA, 44 U.S.C. §2204(a), with the additional right of appeal as noted below. The appeal must be submitted in writing to the Director, William J. Clinton Library, 1200 President Clinton Avenue, Little Rock, Arkansas 72201 or by email at Clinton.library@nara.gov. You should also include a copy of your original request and this letter. Both your appeal letter and the envelope or email subject line should be clearly marked "PRA/FOIA Appeal." You have 35 calendar days from the date of this letter to file your appeal.

You also have the right to file an administrative appeal of any redacted material from Clinton Presidential records responsive to your FOIA request that have been withheld solely under an exemption category of the FOIA, 5 U.S.C. §552(b), but have not been withheld under a restriction category of the PRA, 44 U.S.C . §2204(a). At this point, the records eligible for a FOIA appeal are the 5 pages of records withheld under FOIA exemption b(7)(e). To appeal this FOIA exemption, the appeal must be submitted in writing to the attention of the Deputy Archivist of the United States, c/o the William J. Clinton Library, 1200 President Clinton Avenue, Little Rock, Arkansas 72201, or by email at Clinton.library@nara.gov. You should also include a copy of your original request and this letter. Both your appeal letter and the envelope should be clearly marked "FOIA Appeal." You have 35 calendar days from the date of this letter to file your appeal. The Library will coordinate your appeal with the appropriate authority. Please copy me by electronic mail or first class mail at the address above for any appeal, whether it is a PRA or FOIA appeal.

These records are available on the Library's website http://www.clintonlibrary.gov. If you have any questions or concerns, please let me know.

Sincerely,

Helen H. Hong