IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
JUDICIAL WATCH, INC.,                           )
                                                )
                   Plaintiff,                   )
                                                )   Civil Action No. 07-1267 (JR)
           v.                                   )
                                                )
NATIONAL ARCHIVES AND                           )
RECORDS ADMINISTRATION,                         )
                                                )
                   Defendant.                   )
_____)

## STATUS REPORT

Defendant, the National Archives and Records Administration ("NARA"), respectfully submits the following status report in this matter:

1.   Plaintiff, Judicial Watch, filed this action under the FOIA, requesting "First Lady Hillary Rodham Clinton's calendar, to include but not limited to her daily office diary, schedule, day planner, telephone log book, and chronological file."

2.   Pursuant to this Court's Orders of May 20, 2008, and May 27, 2009, proceedings in this action are stayed until June 11, 2009.

3.   By October 20, 2008 the Clinton Presidential Library had opened and made available to the public approximately 11,176 pages of records responsive to Judicial Watch's FOIA request – specifically records consisting of First Lady Hillary Rodham Clinton's daily schedules. <u>See</u> Unopposed Motion to Stay Proceedings, ¶ 3, Doc. 25. These records were processed by the Clinton Presidential Library according to the criteria set forth in the Presidential Records Act ("PRA"), 44 U.S.C. §§ 2201- 2207, including an opportunity for review by representatives of both the incumbent and the former President, and the FOIA.   Certain

–1–

withholdings were made pursuant to restrictions under the PRA, which are not subject to judicial review at this time.  44 U.S.C. § 2204(b)(3); see also H.R. Rep. No. 95-1487, at 4, 16.  In addition, withholdings were made pursuant to 5 U.S.C. § 552(b)(7) (FOIA Exemption 7(e)) on five pages of the records.  Plaintiff has not filed an administrative appeal of any of the withholdings made under the PRA or the FOIA.

4. On May 31, 2009, the Clinton Presidential Library informed Judicial Watch that it had processed approximately 366 pages of records responsive to the remainder of Judicial Watch's FOIA request.  See Letter from Varu Chilakamarri to Paul Orfanedes dated May 31, 2009, attached hereto as Exhibit 1.  These records consisted of phone message slips for First Lady Hillary Rodham Clinton that were found in a larger set of telephone log books for the Office of the First Lady.  Id.  These records were processed by the Clinton Presidential Library according to the criteria set forth in the PRA and the FOIA, including an opportunity for review by representatives of both the incumbent and the former President.   Certain withholdings were made pursuant to restrictions under the PRA, which are not subject to judicial review at this time.  Id.; 44 U.S.C. § 2204(b)(3). Of the 366 pages processed, the Clinton Presidential Library opened and made publicly available approximately 317 pages in whole or in part.

5. The Clinton Presidential Library now considers Plaintiff's FOIA request fully processed.

6. Defendant was informed by Plaintiff on June 2, 2009, that Plaintiff is currently in the process of reviewing the opened records.  After Plaintiff's review is complete, Defendant intends to discuss with Plaintiff how to resolve this matter, and whether additional briefing will be necessary.

Respectfully submitted this 11th day of June, 2009.

|  |  |
|---|---|
|  | TONY WEST<br>Assistant Attorney General |
|  | JEFFREY A. TAYLOR<br>United States Attorney |
|  | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| OF COUNSEL<br>JASON R. BARON<br>(DC Bar No. 366663)<br>Director of Litigation<br>Office of the General Counsel<br>National Archives and Records Administration<br>8601 Adelphi Road, Suite 3110<br>College Park, MD 20740<br>Telephone: (301) 837-1499<br>Fax: (301) 837-0293<br>jason.baron@nara.gov | /s/ *Varu Chilakamarri*_____<br>VARU CHILAKAMARRI  (NY Bar)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 616-8489<br>Fax: (202) 616-8470<br>varudhini.chilakamarri@usdoj.gov<br><br>Courier Address:<br>20 Massachusetts Ave., NW, Rm. 7226<br>Washington, D.C. 20530<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2009, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.

 /s/ *Varu Chilakamarri*_____
VARU CHILAKAMARRI