# EXHIBIT 1



U.S. Department of Justice
Civil Division

*First Class Mail*  
P.O. Box 883  
Washington, DC  20044

*Courier Delivery*  
Room 7226  
20 Massachusetts Avenue, NW,  
Washington, DC  20530

Varu Chilakamarri  
Trial Attorney

*Telephone* (202) 616-8489  
*Fax* (202) 616-8470  
*Email* varudhini.chilakamarri@usdoj.gov

May 31, 2009

**VIA FIRST CLASS MAIL AND ELECTRONIC MAIL**

Paul J. Orfanedes, Esq.  
Judicial Watch, Inc.  
501 School Street, SW, Suite 725  
Washington, D.C. 20024

    Re:    <u>Judicial Watch v. NARA</u>, Civ. No. 07-1267 (JR) (D.D.C.)

Dear Paul:

    I write to inform you that the Clinton Presidential Library has completed processing, according to the provisions of the PRA and FOIA, the remaining set of records responsive to your FOIA request (FOIA request number 2006-0886-F) for "First Lady Hillary Rodham Clinton's calendar, to include but not limited to her daily office diary, schedule, day planner, telephone log book, and chronological file."  The processed records consist of 366 pages of phone message slips for First Lady Hillary Rodham Clinton that were found in a larger collection of telephone logbooks for the Office of the First Lady.  <u>See</u> Def.'s Mot for Open America Stay, Doc. 15, at 10 n.1.  With this opening of records, the Library will now consider your FOIA request fully processed.

    Of the 366 pages of Presidential records that have been processed, 205 pages have been restricted in whole or in part in compliance with the restrictions of the FOIA and PRA that specify what material can be released to the public.  A copy of the finding aid that describes the processed material is attached.  You may access the opened records in the research room at the Clinton Library or by ordering copies directly from the Clinton Library.

    Further, the number of pages restricted from access, in whole or in part, is listed along with the restriction categories below:

| Restriction | Number of Pages |
|---|---|
| P6/b(6) | 205 pages |

    As you are aware, the PRA provides that the Archivist's decision to categorize a record as falling under one of the six enumerated, restricted categories, and then to withhold the record within the 12 year period provided in the PRA, "shall not be subject to judicial review."  44

U.S.C. § 2204(b)(3); see also H.R. Rep. No. 95-1487, at 4, 16 ("The subsection also provides that when a presidential restriction is in effect, a determination by the archivist regarding access is not subject to judicial review . . .."); Armstrong v. Executive Office of the President, 1 F.3d 1274, 1294 (D.C. Cir. 1993). At this time, however, you have the right to file an administrative appeal of any Clinton Presidential records responsive to your FOIA request that have been withheld under a restriction category of the PRA, 44 U.S.C. § 2204(a). The appeal must be submitted in writing to the Director, William J. Clinton Library, 1200 President Clinton Avenue, Little Rock, Arkansas 72201 or by email at Clinton.library@nara.gov. You should also include a copy of your original request and this letter. Both your appeal letter and the envelope or email subject line should be clearly marked "PRA/FOIA Appeal." You have 35 calendar days from the date of this letter to file your appeal. Please copy me by electronic mail or first class mail at the address above for any appeal.

If you have any questions or concerns, please let me know.

Sincerely,

*Varu Chilakamarri*

Varu Chilakamarri