## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1267 (JR) |
| v. ) | |
| ) | |
| UNITED STATES NATIONAL ) | |
| ARCHIVES AND RECORDS ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### NOTICE OF CHANGE OF ADDRESS

Plaintiff hereby notifies this Court that Paul J. Orfanedes, counsel for Plaintiff, has a new mailing address. The old address was as follows:

> Judicial Watch, Inc.
> 501 School Street, S.W.
> Suite 500
> Washington, DC 20024

The new address is as follows:

> Judicial Watch, Inc.
> 501 School Street, S.W.
> Suite 700
> Washington, DC 20024

Counsel's phone number, fax number, and email address have not changed.

Date: July 9 2009                                        Respectfully submitted,
                                                         JUDICIAL WATCH, INC.


                                                         /s/ Paul J. Orfanedes
                                                         D.C. Bar No. 429716
                                                         Suite 700
                                                         501 School Street, S.W.
                                                         Washington, DC 20024
                                                         (202) 646-5172

                                                         Attorneys for Plaintiff