IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1267 (JR) |
| v. ) | |
| ) | |
| UNITED STATES NATIONAL ) | |
| ARCHIVES AND RECORDS ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF CHANGE OF ADDRESS**

Plaintiff hereby notifies this Court that Jason B. Aldrich, counsel for Plaintiff, has a new mailing address. The old address was as follows:

> Judicial Watch, Inc.
> 501 School Street, S.W.
> Suite 500
> Washington, DC 20024

The new address is as follows:

> Judicial Watch, Inc.
> 501 School Street, S.W.
> Suite 700
> Washington, DC 20024

Counsel's phone number, fax number, and email address have not changed.

| | |
|---|---|
| Date: July 9, 2009 | Respectfully submitted,<br>JUDICIAL WATCH, INC.<br><br>/s/ Jason B. Aldrich<br>D.C. Bar No. 495488<br>Suite 700<br>501 School Street, S.W.<br>Washington, DC 20024<br>(202) 646-5172<br><br>Attorneys for Plaintiff |