IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-1267 (JR) |
| v. | ) | |
| | ) | |
| UNITED STATES NATIONAL | ) | |
| ARCHIVES AND RECORDS | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff hereby notifies this Court that James F. Peterson, counsel for Plaintiff, has a new mailing address. The old address was as follows:

> Judicial Watch, Inc.
> 501 School Street, S.W.
> Suite 500
> Washington, DC 20024

The new address is as follows:

> Judicial Watch, Inc.
> 501 School Street, S.W.
> Suite 700
> Washington, DC 20024

Counsel's phone number, fax number, and email address have not changed.

Date: July 9, 2009                                    Respectfully submitted,

                                                         JUDICIAL WATCH, INC.

                                                         <u>/s/ James F. Peterson</u>
                                                         D.C. Bar No. 450171
                                                         501 School Street, S.W.
                                                         Suite 700
                                                         Washington, DC 20024
                                                         Tel: (202) 646-5172
                                                         Fax: (202) 646-5199

                                                         Attorneys for Plaintiff