## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1267 (JR) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | : |
| Defendant. | : |

### NOTICE TO THE PARTIES AND COUNSEL

Having heard nothing from either party since NARA's filing of a report stating that it now considers plaintiff's FOIA request "fully processed," the Court will assume that this case has been resolved and close it -- unless, within 30 days from the date of this notice, the plaintiff moves for further relief.

JAMES ROBERTSON
United States District Judge