UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-CV-1267 (JR) |
| ) | |
| v. ) | |
| ) | |
| U.S. NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PARTIES' RESPONSE TO THE COURT'S NOTICE TO**
**THE PARTIES AND COUNSEL**

The parties hereby respond to the Court's July 13, 2009 Notice To The Parties And Counsel as follows:

On July 9, 2009, Plaintiff ordered copies of the documents made available by the Clinton Presidential Library on May 31, 2009.  According to Defendant's Status Report of June 11, 2009, these documents consist of approximately 366 pages of phone slips for former First Lady Hillary Clinton found in a set of telephone log books for the Office of the First Lady. *See* Status Report at ¶4.  Plaintiff received the documents from the library on the afternoon of July 20, 2009.

Plaintiff does not anticipate any further litigation in this action, however, out of an abundance of caution, Plaintiff respectfully requests that, before the Court closes this case, that Plaintiff be allowed 30 days to review the documents it has just received from the Clinton Presidential Library.  If neither party makes a motion to the Court within that time, the case shall be deemed closed.  Defendant has informed Plaintiff that it has no objection to proceeding in this manner.

| | |
|---|---|
| Dated: July 20, 2009 | Respectfully submitted, |
| | |
| /s/   Jason Aldrich | TONY WEST |
| Paul J. Orfanedes, Esq. | Assistant Attorney General |
| D.C. Bar No. 429716 | |
| Jason B. Aldrich, Esq. | JEFFREY A. TAYLOR |
| D.C. Bar No. 495488 | United States Attorney |
| JUDICIAL WATCH, INC. | |
| 501 School Street, S.W., Suite 700 | ELIZABETH J. SHAPIRO |
| Washington, DC 20024 | Deputy Branch Director |
| Tel. (202) 646-5172 | |
| Fax: (202)646-5199 | /s/   Varu Chilakamarri |
| | VARU CHILAKAMARRI (NY Bar) |
| Attorneys for Plaintiff | Trial Attorney, Federal Programs Branch |
| | U.S. Department of Justice, Civil Division |
| | Tel. (202) 616-8489 |
| | Fax: (202) 616-8470 |
| | varudhini.chilakamarri@usdoj.gov |
| | |
| | Courier Address: |
| | 20 Massachusetts Ave., NW, Rm. 7226 |
| | Washington, D.C. 20530 |
| | |
| | *Counsel for Defendant* |
| | |
| | *Of counsel*: |
| | JASON R. BARON |
| | D.C. Bar No. 366663 |
| | Director of Litigation |
| | Office of General Counsel |
| | National Archives & Records Administration |
| | 8601 Adelphi Road, Suite 3110 |
| | College Park, MD 20740 |
| | Tel. (301) 837-1499 |
| | Fax: (301) 837-0293 |
| | jason.baron@nara.gov |