IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. NATIONAL ARCHIVES AND ) <br> RECORDS ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:07-CV-01267 (JR) |

## STIPULATION TO DISMISS

Plaintiff Judicial Watch, Inc. and Defendant National Archives and Records Administration, by and through counsel, hereby stipulate and agree as follows:

1.	Plaintiff served a Freedom of Information Act request on the Clinton Presidential Library, which is operated and maintained by Defendant National Archives and Records Administration, on or about April 5, 2006. Plaintiff subsequently initiated this action on or about July 17, 2007.

2.	The parties are in agreement that Defendant has satisfied its obligations to Plaintiff with respect to Plaintiff's April 5, 2006 Freedom of Information Act request.

3.	Consequently, it is hereby stipulated and agreed that this matter shall be dismissed with prejudice, each party to bear its own attorney's fees and costs.

SO STIPULATED AND AGREED THIS 29TH DAY OF JULY, 2009.

| | |
|---|---|
| _____/s/_____<br>PAUL J. ORFANEDES<br>D.C. Bar No. 429716<br>JASON B. ALDRICH<br>D.C. Bar No. 495488<br>Judicial Watch, Inc.<br>501 School Street, S.W., Suite 700<br>Washington, DC 20024<br>Tel.:   (202) 646-5172<br>Fax.:   (202) 646-5199<br>Email: porfanedes@judicialwatch.org<br>           jaldrich@judicialwatch.org<br><br>*Attorneys for Plaintiff* | TONY WEST<br>Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>__/s/_____<br>VARU CHILAKAMARRI (NY Bar)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel. (202) 616-8489<br>Fax: (202) 616-8470<br>varudhini.chilakamarri@usdoj.gov<br><br>Courier Address:<br>20 Massachusetts Ave., NW, Rm. 7226<br>Washington, D.C. 20530<br><br>*Counsel for Defendant*<br><br>*Of counsel*:<br>JASON R. BARON<br>D.C. Bar No. 366663<br>Director of Litigation<br>Office of General Counsel<br>National Archives & Records Administration<br>8601 Adelphi Road, Suite 3110<br>College Park, MD 20740<br>Tel. (301) 837-1499<br>Fax: (301) 837-0293<br>jason.baron@nara.gov |

SO ORDERED.

Dated: _____

                                              The Hon. James Robertson, U.S.D.J.